

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-17-00428-CV

Javier **MORA,**
Appellant

v.

Anna **MORA,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CI00776
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court